## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**MARSHALL HAGINS,**

    **Plaintiff,**

v.                                                                Case No.  8:06-cv-224-T-30EAJ

**LOCKHEED MARTIN CORPORATION,**

    **Defendant.**
_____/

## ORDER

    THIS CAUSE comes before the Court upon Defendant Lockheed Martin Corporation's Motion to Strike Plaintiff's Reply and Objections to Defendant's Answer and Affirmative Defenses With Supporting Authority (Dkt. #19).  The Court, having considered the motion, heard argument of Defendant's counsel, and being otherwise advised in the premises, finds that Defendant's motion should be denied.  Plaintiff's objections to Defendant's answer and affirmative defenses shall be treated as an avoidance where applicable.  The remainder of Plaintiff's reply is of no consequence, and therefore, does not need to be stricken.

    It is therefore ORDERED AND ADJUDGED that Defendant Lockheed Martin Corporation's Motion to Strike Plaintiff's Reply and Objections to Defendant's Answer and Affirmative Defenses With Supporting Authority (Dkt. #19) is DENIED.

    **DONE** and **ORDERED** in Tampa, Florida on September 6, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2006\06-cv-224.strike reply 19.wpd